No. 8,073.—STATE ex Rel. ALFRED BOHLANDER, Rela-
tor, v. DISTRICT COURT et al., Respondents.

608

Decided January 30, 1940.

PER CURIAM.—After due consideration of the application of relator for writ of certiorari, the petition is denied.

*Messrs. Crippen & Crippen,* for Relator.